UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Jane Doe A, et al.

                            Plaintiff,

v.                                     Case No.: 1:17−cv−00834
                                            Honorable Charles P. Kocoras

Lake Zurich Community Unit School District 95, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 17, 2017:

      MINUTE entry before the Honorable Charles P. Kocoras: Status hearing set for 4/4/2017 at 9:30 AM. At the initial hearing, parties to report on the following: 1. Possibility of settlement. 2. If no possibility of settlement exists, the nature and length of discovery necessary to prepare the case for resolution. Lead counsel for each party is required to attend the initial hearing. Failure to appear at any scheduled court hearing may result in the dismissal of claims for want of prosecution. Pursuant to Local Rule 5.3(a)(1), service of motions and notice of motions must be accomplished no later than 4:00 p.m. of the third business day preceding the date of presentment. This includes delivering a hard copy of the motion and notice of motion to Courtroom Deputy, Vettina Franklin at room 1744B no later than 4:00 p.m. the day of filing. Failure to comply may result in the striking of the matter from the Court's motion call. The Court requires hard copies of all documents be submitted to Courtroom Deputy, Vettina Franklin at room 1744B the same day of filing. Failure to comply may result in the striking of the document from the record. The Court directs counsel's attention to its Motion Schedule and Case Management Procedures located at www.ilnd.uscourts.gov. Plaintiff is directed to advise all other parties of the Court's action herein. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.