# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Jane Doe A, et al.

                         Plaintiff,

v.                                          Case No.: 1:17−cv−00834

                                                       Honorable Charles P. Kocoras

Lake Zurich Community Unit School District 95, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 8, 2018:

      MINUTE entry before the Honorable Charles P. Kocoras: Status hearing held on 3/8/2018. Counsel appeared and reported to the Court that the parties have reached a settlement in principle. All the individual Defendant were dismissed with prejudice on 12/21/2017 [85]. The instant action is hereby dismissed without prejudice with leave to move for reinstatement within 30 days. In the event no party moves for reinstatement within 30 days, the dismissal shall become a dismissal with prejudice at that time. All pending dates and motions, if any, are stricken as moot. Civil case terminated. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.